Sup. Ct. Cal.;
Sup. Ct. Cal.;
Sup. Ct. Fla.;
C. A. 7th Cir.;
Ct. App. Md.;
Sup. Ct. Mo.;
Sup. Ct. Cal.; and
Sup. Ct. Ariz. Certiorari denied. Reported below: No. 90-6155, 50 Cal. 3d 468, 788 P. 2d 640; No. 90-6266, 50 Cal. 3d 907, 790 P. 2d 676; No. 90-6434, 564 So. 2d 1060; No. 90-6445, 905 F. 2d 986; No. 90-6468, 320 Md. 637, 579 A. 2d 744; No. 90-6480, 795 S. W. 2d 69; No. 90-6663, 50 Cal. 3d 1158, 791 P. 2d 965; No. 90-6668, 165 Ariz. 51, 796 P. 2d 853.